No. 89–5841.  BROWN v. DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 89–5842.  JAMES v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  Sup. Ct. S. C.  Certiorari denied.

No. 89–5843.  SMITH v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY AT PARCHMAN.  C. A. 5th Cir.  Certiorari denied.

No. 89–5846.  YOWELL v. WITHROW.  C. A. 6th Cir.  Certiorari denied.

No. 89–5859.  ALLEN v. HOUSTON CHRONICLE PUBLISHING Co.  C. A. 5th Cir.  Certiorari denied.

No. 89–5897.  TURNER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5905.  MONGER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–5908.  GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–5910.  PRITZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–5911.  MINES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–5912.  HOLLAND v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–5919.  MASKULI v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–5921.  SCIARRINO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–5932.  ALVEY v. SOWDERS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 89–5942.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.